

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2018

No. 04-18-00444-CV

David **VILLARREAL**,
Appellant

v.

Jonabelle **JOSIANE**, et al.,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18748
Honorable Michael E. Mery, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to January 4, 2019.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc: Tom Hall
Law Office of Thomas C. Hall, P.C.
115 East Travis Street
suite 700
San Antonio, TX 78205

Gregg R. Miller
Clark, Miller & Campbell
300 Convent
ste 2350
San Antonio, TX 78205

Thomas F. Nye
Gault, Nye & Quintana, L.L.P.
P.O. Box 6666
Corpus Christi, TX 78466